

# U.S. District Court

## District of Minnesota

Receipt Date: Dec 11, 2024 9:27AM

Darko Pavloski

Rcpt. No: 400007296              Trans. Date: Dec 11, 2024 9:27AM              Cashier ID: #SD

| CD  | Purpose                     | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                   | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $405.00 |

|                             |         |
|-----------------------------|---------|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered:             | $405.00 |
| Total Cash Received:        | $0.00   |
| Cash Change Amount:         | $0.00   |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.