**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DARKO PAVLOVSKI,

                    Plaintiff,

v.

FRONTIER AIRLINES INC.,

                    Defendant.

Case No. 24-cv-04452 (JRT/JFD)


**ORDER**


The complaint in this matter was filed on December 10, 2024.  More than ninety (90) days have elapsed since suit was filed and there is no record that the Complaint has been served on Defendant.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file proof of service of the Complaint on defendant on or before **April 1, 2025.** Failure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute.


Dated: March 18, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge