## AFFIDAVIT OF SERVICE

| Case:<br>0:24-CV-04452-JRT-TNL | Court:<br>US District Court, District of Minnesota | County: | Job:<br>13007504 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Darko Pavlovski | | **Defendant / Respondent:**<br>Frontier Airlines Inc. | |
| **Received by:**<br>Raven Legal Services | | **For:**<br>Darko Pavlovski | |
| **To be served upon:**<br>Frontier Airlines Inc. | | | |

I, James Hamilton, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Malori Burmeister, Legal Assistant at CSC Services, CSC Services: 2780 Snelling Avenue North Suite 101, Roseville, MN 55113

**Manner of Service:** Registered Agent, Mar 31, 2025, 2:30 pm CDT

**Documents:** Summons In A Civil Action; Complaint; Addition To Statement Of Facts (Received Mar 31, 2025 at 12:33pm CDT)

**Additional Comments:**
1) Successful Attempt: Mar 31, 2025, 2:30 pm CDT at CSC Services: 2780 Snelling Avenue North Suite 101, Roseville, MN 55113 received by Malori Burmeister, Legal Assistant at CSC Services.
Went to the address of the registered agent listed for Frontier Airlines Inc. and upon arrival I personally handed the documents to Malori Burmeister, Legal Assistant at CSC Services who is listed as the registered agent per the MN Secretary of State.

_____  3-31-25
James Hamilton               Date

Raven Legal Services
1812 18 1/2 Street Northwest
Rochester, MN 55901
6122089815

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3-31-25                      1-31-28
Date            Commission Expires



HANNAH ANN HAMILTON
Notary Public
Minnesota
My Commission Expires Jan. 31, 2028

SCANNED
APR 0 1 2025
U.S. DISTRICT COURT MPLS

**RECEIVED**
APR 0 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA