RECEIVED
APR 1 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARKO PAVLOVSKI

        Plaintiff(s),

v.

FRONTIER AIRLINES INC.

        Defendant.

Case No. 24-cv-04452

**PLAINTIFF'S MEMORANDUM IN LAW RE AMENDING THE COMPLAINT**

Plaintiff, in support of his Amending of the Pleading as a matter of course, presents the Court with the below memorandum in law:

### AMEND THE PLEADINGS MEMO

Rule 15 from Fed. R. Civ. P. states:

> "A party may amend a pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it no later than 21 days after it is served. Otherwise a party may amend a pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 14 days after service of the amended pleading, whichever period may be longer, unless the court otherwise orders."

In this case, the responsive pleading is not served yet, the action has not been placed upon the trial calendar, and it has been less than 21 days since the original Complaint was served.

Accordingly, the Plaintiff can amend the pleading once as a matter of course. Therefore, I have

SCANNED
APR 1 1 2025
U.S. DISTRICT COURT MPLS

done so, and filed a new, "First Amended Complaint".

Dated 04/11/2025

Darko Pavlovski (Plaintiff)