RECEIVED
APR 1 4 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARKO PAVLOVSKI

Case No. 24-cv-04452

Plaintiff(s),

v.

**PLAINTIFF'S AFFIDAVIT**

FRONTIER AIRLINES INC.

Defendant.

Plaintiff, under oath, states as follows,

1. I always complied with what the flight attendant B requested from me.
2. I always complied with what Supervisor Pam requested from me.
3. I never attempted to grab any badges. I don't even know what is the purpose for that
4. Attached is a true copy of Affidavit signed just days (December 27th, 2024) after the incident from a passenger who set next to us, Jennifer Naimo. Exhibit A

Thank you very much for your attention!

Yours sincerely,
Darko Pavlovski

*[signature]*

04/14/2025

SCANNED
APR 1 5 2025
U.S. DISTRICT COURT MPLS