# AFFIDAVIT OF SERVICE

RECEIVED APR 2 1 2025 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

| Case: 0:24-CV-04452-JRT-JFD | Court: US District Court, District of Minnesota | County: Hennepin | Job: 01 |
|---|---|---|---|

| Plaintiff/ Petitioner: Darko Pavlovski | Defendant/ Respondent: Frontier Airlines Inc. |
|---|---|
| Received by: Elena Pavlovska | For: Darko Pavlovski |

**To be served upon:**
Frontier Airlines Inc.

I Elena Pavlovska, being duly sworn, depose and say: I am over 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the document and informed said person of the contains herein.

**Recipient Name/Address:** Malori Burmeister, Legal Assistant at CSC Services. CSC Services, 2780 Snelling Ave. North, Suite 101, Roseville, MN, 55113

**Manner of service:** Registered Agent, April 16th, 2025, 2:17pm CDT
**Documents:** First Amended Complaint,
Addition to my Statement of Facts, Counts & Prayers
Plaintiff's Memorandum in law, Re Amendmending the Complaint
Plaintiff's Memorandum of law
Affidavit of Plaintiff
Affidavit of Jennifer Naimo

SCANNED APR 2 2 2025 U.S. DISTRICT COURT MPLS

**Additional comments:**
First successful attempt: April 16th, 2025 at 2:17pm CDT at CSC Services: 2780 Snelling Ave. N., Suite 101, Rosevill, MN, 55113. Received by Malori Burmeister, Legal Assistant at CSC Services.
Went to the address of the registered agent listed for Frontier Airlines Inc. and upon arrival I personally handed the above documents to Malori Burmeister, Legal Assistant at CSC Services who is listed as the registered agent per the MN Secretary of State.

_____  04/16/25
Elena Pavlovska    Date

Subscribed and sworn to before me by the affiant who is personally known to me

4/16/25  January 31st, 2026
Date    My commission expires



NURMOHAMED KHAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2026