# AFFIDAVIT OF SERVICE

RECEIVED
APR 2 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| Case: 0:24-CV-04452-JRT-JFD | Court: US District Court, District of Minnesota | County: Hennepin | Job: 01 |
|---|---|---|---|

| Plaintiff/ Petitioner: Darko Pavlovski | Defendant/ Respondent: Frontier Airlines Inc. |
|---|---|
| Received by: Rafael Vega | For: Darko Pavlovski |

**To be served upon:**
Flight Standard District Office (FSDO-(Local office of FAA-Federal Aviation Administration)

I, Rafael Vega, being duly sworn, deposes and says: I am over 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the document and inform said person of the contents herein.

**Recipient Name/Address:** Brian Joseph Bithmann from Flight Standard District Office FSDO (local office of FAA-Federal Aviation Administration), 6020 28th Ave S, Minneapolis, MN, 55450

**Manner of service:** FAA's Local Office, April 18th, 2025, at 12:12 pm CDT
**Documents:**
First Amended Complaint,
Addition to my Statement of Facts, Counts & Prayers
Plaintiff's Memorandum in law, Re Amendmending the Complaint
Plaintiff's Memorandum of law
Affidavit of Plaintiff
Affidavit of Jennifer Naimo

SCANNED
APR 2 2 2025
U.S. DISTRICT COURT MPLS

**Additional comments:**
First successful attempt: April 18th, 2025 at 12:12 pm FSDO, FAA's Local office: 6020 28th Ave S, Minneapolis, MN, 55450 Received by Brian Joseph Bithmann.
Went to the address of FSDO (Local FAA's Office), and upon arrival I personally handed the above documents to Brian Joseph Bithmann from FSDO, FAA's Local office 6020 28th Ave S, Minneapolis, MN, 55450

Rafael Vega      Date 04/18/25

Subscribed and sworn to before me by the affiant who is personally known to me

Date 04/18/25      My commission expires 01/31/2029

DASHAUN D JOHNSON JR
Notary Public
Minnesota
My Commission Expires 01/31/2029