24-CV-04452-JRT-JFD

Honorable Judge Tunhaim and/or Honorable Judge Docherty,

Re: Serving FAA as Party of Interest, and Extension for filling.

I have now served the Defendant all the paperworks filled with the court. Also, I served the Party of interest, FAA, through their local office, Flight Standard District Office (FSDO), Minneapolis. I reviewed the local rules and Rule 15 (c) (2) says that when the United States and its agencies are added as a defendant, the Attorney General or US Attorney should be served. But, in this case, FAA is not a defendant, only a party of interest. The Rules are silent on adding a party of interest. Therefore, I served them directly so they can determine for themselves if they have an interest to get involved or no. I don't think the US Attorney or Attorney General can make the decision if FAA has interest or not, so I served the FAA directly.

On the other hand, the Defendant contacted me on Friday by phone through their attorney Kurt Schlueter, from Fitzpatrick, Hunt and Pagano LLP. They asked for a 30 days extension for their response. When it comes to the facts, I believe the truth is one and cannot be banded no matter how much one is trying to alter the facts. When it comes to the law, if one needs more time to research the law, I believe that should be freely granted as the ultimate goal of any litigation is and should be the law to prevail.

Therefore, I have agreed to give them a 30 days extension to file their answer and other responsive documents, or until May 26th, 2025. In return, I have asked and the Defendant has given a written consent [See Rule 15 (a) (2)] that I can also file a Second Amended Complaint with new Brief/Exhibits/Affidavits on or before May 12th, 2025-14 days backward in line of Rule 15 (a)(3). The Defendant has given me written consent for that. Please see Exhibit 1.

Thank you very much for your attention!

Yours sincerely,
Darko Pavlovski
04/21/2025

04/21/2025

CC: Brian Maye at brianmaye@fitzhunt.com and Kurt Schlueter at kurt.shlueter@fitzhunt.com

SCANNED
APR 22 2025
U.S. DISTRICT COURT MPLS

RECEIVED
APR 21 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA